UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

MAY 16 2005

LAWRENCE K. BAERMAN, CLERK
ALBANY

**Teddy Lewis**

    Plaintiff,

-v-                    9:91-CV-0621 (LEK/RFT)

**Boyce Rawson, ET AL,**

    Defendants.

ORDER

It appearing that a Writ of Habeas Corpus Ad Testificandum should issue to the Superintendent of the **Auburn Correctional Facility**, or his deputies, for the following person who is in their respective custody and charge:

**TEDDY LEWIS, 79-B-0528**, presently housed at **Auburn Correctional Facility**; commanding the Superintendent or his deputies to produce the body of the aforementioned individual, **TEDDY LEWIS, 79-B-0528**, by you imprisoned and detained, and that you transport the inmate directly to the *JAMES T. FOLEY COURTHOUSE, 445 BROADWAY,* **ALBANY, NY**, to appear before the Honorable Lawrence E. Kahn, on the **21ST, of JUNE, 2005, at 9:00 A.M.** for the purpose of appearing, participating, and testifying at the trial in the above entitled matter.

**NOW, THEREFORE it is hereby**

**ORDERED**, that a Writ of Habeas Corpus Ad Testificandum issue directing the Superintendent of the **Auburn Correctional Facility** or his deputies to produce the body of said **TEDDY LEWIS, 79-B-0528**, dressed in civilian clothes, by you imprisoned and detained and that you transport him directly to the *JAMES T. FOLEY COURTHOUSE, 445 BROADWAY,* **ALBANY, NY**, to appear before the Honorable Lawrence E. Kahn, on the **21ST, of JUNE, 2005, at 9:00 A.M.** in the forenoon to appear, participate and testify at the trial on this date and any other date needed until the

ORIGINAL

completion of the trial in the above entitled civil action in said Court, and after completion of each day of the trial, **TEDDY LEWIS, 79-B-0528,** be returned to the State facility from whence he came.  <u>The prisoner at all times is to remain subject to the confinement imposed upon him by the State of New York.</u>

_____
Lawrence E. Kahn
U.S. District Judge

DATED: MAY 16, 2005
Albany, New York